fees affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting upon the appeals from the orders.

Francis A. Waring, Appellant, v. Oscar Waring, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Andrew Zulch, Respondent, v. Elizabeth Zulch, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Elsie Lambert, Respondent, v. Archibald Hoyt and another, Appellants.-Judgment of County Court reversed and, that of justice affirmed. Opinion by Barnard, P. J.

Eliza Craft, Appellant, v. James A. Seacod, Respondent.—Judgment reversed, with costs. Opinions by Barnard, P. J., and Pratt, J.

Thomas Nelson, Respondent, v. James L. Armstrong and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Anna W. Brown v. The Long Island Railroad Company, Reargument ordered.

D. F. Gorham, Respondent, v. Sanford H. Weeks, Jr., and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.: Dykman, J, not sitting.

Matter of Order confirming Orders of County Judge opening Buel's Lane. — Order affirmed. Opinion by Pratt, J.

Matter of Henrietta Wiley.—Order modified by allowing petitioner seventy-five dollars, without costs of appeal. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Walter Harrison, Respondent, v. The New Foundland Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

James W. Billings, Plaintiff, v. Charles Marsh, as Executor, etc., Defendant.

Irene Bird, Plaintiff, v. Charles Marsh, as Executor, etc., Defendant.

Charles H. Dutcher, Plaintiff, v. Charles Marsh, as Executor, etc., Defendant. — Judgment for plaintiffs on the agreed case. Opinion by Barnard, P. J.

Samuel L. Mulford, Appellant, v. Thomas Foley, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Matter of Henrietta Wiley.— Order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Estate of George Nanny, Deceased.— Portions of decree appealed from modified in accordance with opinion. Order to be settled by Dykman, J. Opinion by Dykman, J.

Daniel G. Dorrance, Jr., Respondent, v. Robert J: Dean and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard. P. J.

Mary M. Bampton, Respondent, v. The Brooklyn Cross-Town Railroad, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Peter C. Moore and others, Appellants, v. The Brooklyn City Railroad Company, Respondent —Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J , not sitting.

The People of the State of New York, Respondent, v. James E. Kelley, Appellant, and twenty-six others. — Convictions affirmed. Opinion by Barnard, P. J.

George B. Ellery, Appellant, v. Cyrus W. Baldwin, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York, Respondent, v. Martin Tyrrell, Appellant. — Judgment reversed. Opinion by Dykman, J.

Cornelius Van Sickle v. Mexican Telegraph Company. — Order sustaining demurrer affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York ex rel. Wade Buckley, Appellant, v. The President, etc., of Port Jervis, Respondent. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

The People of the State of New York ex rel. Martin Owens, Appellant, v. John N. Partridge, as Police Commissioner, etc., Respondent. — Order of commissioner affirmed, with costs. Opinion by Pratt, J,

Julia Turner, Respondent, v. The City of Newburgh, Appellant. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Catherine A. Ryer, Respondent, v. John Eylers, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinions by Dykman and Pratt, JJ.

The People of the State of New York, Respondent, v. George W. Lake, Appellant. — Judgment reversed and new trial granted. Opinion by Barnard, P. J.; Dykman, J., dissenting.

John Robison, Respondent, v. Otto Huber, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

New York Rubber Company, Appellant, v. John Rothery and another, Respondents. —Judgment affirmed, with costs. Opinion by Dykman. J.; Barnard, P. J., not sitting.

Jeremiah Hanglon, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York, Respondents, v. Patrick Kiernan, Appellant.—Conviction and judgment affirmed. · Opinion by Dykman, J

Matter of Probate of Last Will of Edwin B. Hunt, deceased. — Decree of surrogate affirmed, with costs. Opinion by Pratt, J.

Arnold Davidson, Respondent, v. John F. Betz and another, Appellants. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Jacob H. Conklin and another, as Trustees, etc., Respondents, v. Garrett Z. Snider, as Executor, etc , Appellant.—Judgment reversed and new trial granted at Special Term, costs to abide event. Opinion by Dykman,J.; Barnard, P. J., dissenting.

Lucius F. Reed, Respondent, v. A. G. Darwin, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Edward M. Ross, Respondent, v. John H. Ross, Appellant. — Judgment affirmed, with costs Opinion by Pratt, J.

Edward J. Wessells, Appellant, v. Erastus Ross and others, Respondents — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Thomas Cahill, Respondent, v. Henry Hilton and William Libby, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P.J., dissenting.

The People of the State of New York ex rel. Crafts v. The City of Brooklyn.

The People of the State of New York ex rel. Joy v. The Same.

The People of the State of New York ex rel. Roberts v. The Same. — Motions denied, with ten dollars costs of each motion. Opinion by Barnard, P. J.

Edward W Connor v. Fanny Hohorst and others.— Order affirmed, with costs and disbursements. Opinions by Barnard, P. J., and Dykman, J.

Byron De Wolf and others, Respondents, v. The